N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Patsy Smith and Heather Marlowe-Rea, )
    Plaintiffs, )
     )
v. )   No.  09 C 5888
     )
Pinnacle Financial Group Incorporated, )   Judge Grady
a Minnesota corporation, )
    Defendant. )

## STIPULATION OF DISMISSAL

Plaintiffs, Patsy Smith and Heather Marlowe-Rea, having reached a settlement with Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 19, 2009

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____        ENTERED:

                                            _____
                                            Judge John F. Grady,
                                            United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2009 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.** Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on October 19, 2009 by 5:00 p.m.

Eric Gapinski, Director of Operations
Pinnacle Financial Group Incorporated
7825 Washington Avenue S
Suite 310
Minneapolis, Minnesota 55439

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com