## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Patsy Smith, et al.

                                              Plaintiff,

v.                                                        Case No.: 1:09−cv−05888

                                                                   Honorable John F. Grady

Pinnacle Financial Group Incorporated

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2009:

        MINUTE entry before the Honorable John F. Grady: Pursuant to the stipulation of dismissal, all matters have been resolved. This case is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.Civil case terminated. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.